**Electronically Filed
Supreme Court
SCWC-12-0000395
05-SEP-2013
12:04 PM**

SCWC-12-0000395

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

BLADESIN-ISAIAH K. BAILEY,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000395; CR. NO. 10-1-1061)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari, filed on July 25, 2013, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, September 5, 2013.

Shawn A. Luiz
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

